# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2461
LT Case No. 2018-CF-001752-A
_____

RAYMOND DAVE HUCKS, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Raymond Dave Hucks, Jr., Trenton, pro se.

James Uthmeier, Attorney General, and David Welch,
Assistant Attorney General, Tallahassee, for Appellee.

November 25, 2025

PER CURIAM.

    AFFIRMED.

WALLIS, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____